

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2016

No. 04-16-00642-CR

Ervin **JACKSON,**
Appellant

v.

The State of **TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0869
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

Kay Gittinger's notification of late record is hereby granted. The reporter's record is due on or before January 13, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court